IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00866-ZLW

MICHAEL MURPHY, also known as
BJORN BRANDON BERG,

    Applicant,

v.

BILL OWENS, individual and official capacity,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This case was dismissed on August 11, 2005. Therefore, the motions submitted by Applicant and filed by the Court on August 16, 2005, are denied as moot.

Dated: August 23, 2005

Copies of this Minute Order mailed on August 23, 2005, to the following:

Michael Murphy
Reg. No. 200500007571
P.O. Box 4918
Centennial, CO 80155

Secretary/Deputy Clerk