**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

AUG 2 5 2005

Civil Action No. 05-cv-00866-ZLW

GREGORY C. LANGHAM
CLERK

MICHAEL MURPHY, also known as
BJORN BRANDON BERG,

      Applicant,

v.

BILL OWENS, individual and official capacity,

      Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed on August 11, 2005. Therefore, the petitions submitted by Applicant and filed by the Court on August 23, 2005, are denied as moot.

Dated: August 25, 2005

---

Copies of this Minute Order mailed on August 25, 2005, to the following:

Michael Murphy
Reg. No. 200500007571
P.O. Box 4918
Centennial, CO 80155

_____
Secretary/Deputy Clerk