IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT

SEP - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00866-ZLW

MICHAEL MURPHY, also known as
BJORN BRANDON BERG,

   Applicant,

v.

BILL OWENS, individual and official capacity,

   Respondent.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   This case was dismissed on August 11, 2005. Therefore, the petition submitted by Applicant and filed by the Court on August 29, 2005, is denied as moot. The clerk of the Court is directed to strike any further filings by Applicant in this action.

Dated: September 1, 2005

---

Copies of this Minute Order mailed on September 1, 2005, to the following:

Michael Murphy
Reg. No. 200500007571
Centennial Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918

_____
Secretary/Deputy Clerk